*Motion under 28 U.S.C # 2243*

*he Court may construe # 2255 as long as suits expeditiously processed as required under # 22*

05 - 11420 GAO

*Referred to MJ d. T Ford*

﹐243 (Rev. 5/85)          MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
          SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District   DISTRICT OF MASSAchusetts | |
|---|---|---|
| Name of Movant  Ali H. Addo | Prisoner No.  84741 | Case No.  1: 99 CR 10064-001 |
| Place of Confinement  YoRK County pRISON, 3400 Concord Rd, YoRK PA 17402 | | |

UNITED STATES OF AMERICA          V.   ALi, Addo
                                              (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   UNITEd DISTRICT CouRT FoR The DistRict of MAssachusetts

2. Date of judgment of conviction ___AUGUST 07, 2000___

3. Length of sentence___ One year and a day

4. Nature of offense involved (all counts) ___REVocation of supervised release .___

   _____

   _____

   _____

5. What was your plea? (Check one)
   (a) Not guilty      ☒
   (b) Guilty          ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☐
   (b) Judge only  ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?

       Yes ☐    No ☒

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Result: _____

   (c) Date of result: _____

10. Other then a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions,

applications, or motions with respect to this judgment in any federal court?

       Yes ☐    No ☒

11. If your answer to 10 was "yes" give the following information:

  (a)  (1) Name of court _____

        (2) Nature of proceeding: _____

        _____

        (3) Grounds raised: _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

   Yes ☐    No ☐

        (5) Result: _____

        (6) Date of result: _____

  (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding: _____

        _____

        (3) Grounds raised: _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

   Yes ☐    No ☐

(5) Result: _____

(6) Date of result: _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition,

   application or motion?
   (1) First petition, etc.    Yes ☐    No ☐

   (2) Second petition, etc.   Yes ☐    No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other then those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. the motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure,

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.


A. Ground one: The District Court Violated Rule 32 (i)(4)(A)(ii). The District court did not provide the defendant an opportunity to

(Specific FACTS supporting this ground without citing cases or law): speak.
The Right to allocution is an integral part of the sentence which if not fully is provided requires automatic reversal.


B. Ground two: The petitioner was not advised to his Right to Appeal which is a must since the petitioner went Trial.

(Specific FACTS supporting this ground without citing cases or law):
this also requires automatic Reversal.


C. Ground three: Violation of the sixth Amendment. Revocation is decided by a Judge sitting alone.

(Specific FACTS supporting this ground without citing cases or law):
IN RING V. ARIZONA, 536 U.S. 584, the supreme court held that it was impermissible for " the Trial Judge, sitting alone" to determine the presence or absence of facts. IN Apprendi v. NewJersey, 530 U.S. 466

the court held that other than the fact of a prior conviction, the sixth Amendment demands that all other factors which enhance beyond the statutory maximum must be charged and proven a reasonable doubt.

**D. Ground four:** Under UNITED STATES Constitution, a prosecutor on his own authority cannot charge one with a felony crime. In this case, the

(Specific FACTS supporting this ground without citing cases or law): prosecutor brought a felony charge (after all the six technical violations perpetrated by the probation officer were dismissed on the government motion) to revoke supervised release. Hince, the Revocation was unconstitutionally rendered and the petitioners rights under the sixth Amendment were egregiously violated. The Judges actions violated the petitioner's constitutional rights. The judge used unsubstantiated and false information to convict —

**13.** If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reason for not presenting them:

The petitioner which no rational jury could have rendered.

**14.** Do you have any petition or appeal now pending in any court as to the judgment under attack.

Yes [ ]    No [X]

**15.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) at preliminary hearing     PRO SE

(b) At arraignment and plea

(c) At trial     JAMES McCall

(d) At sentencing     JAMES McCall

(e) On appeal

(f) In any post-conviction proceeding

AO 243 (Rev. 5/85)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_06 - 27 - 05_____
(date)

_____
Signature of Movant

(7)

## MOTION UNDER 28 USC §2255 TO VACATE, SET ASIDE, OR CORRECT ENTENCE BY A PERSON IN FEDERAL CUSTODY

| *UNITED STATES DISTRICT COURT* | DISTRIC *Southern District of New York* |
|---|---|

| NAME OF MOVANT: ALi   Addo | PRISON # 84741 | CASE # 99-10064-GAO |
|---|---|---|

PLACE OF CONFINEMENT:   YoRk County pRisoN - 3400 Concord Rd, YoRk, PA 17402

**UNITED STATES OF AMERICA**     v.   ALi, Addo

(NAME UNDER WHICH CONVICTED)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: _____

   UNITed sTATes DisTrict couRt foR the DisTrict of MASSAchuselts

2. Date of judgment of conviction   9 - 28 - 99

3. Length of sentence   8 months

4. Nature of offense involved (all counts)   BANK fRAud

_____

_____

_____

5. What was your plea? (Check one)

(a) Not guilty          ☐

(b) Guilty conditional ☒

(c) Nolo contender      ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give

details:_____

_____

_____

_____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury          ☐

(b) Judge only    ☐

7. Did you testify at the trial?
        Yes  ☐    No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court:    _UNiTEd states court of Appeals For the First Circuit ._

(b) Result: _____ _AFFirmed ._

(c) Date of result:    _08 - 26 -03 ._

10. Other then a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions,

applications, or motions with respect to this judgment in any federal court?

Yes ☐    No ☒

11. If your answer to 10 was "yes" give the following information:

(a)  (1) Name of court_____

(2) Nature of proceeding:_____

_____

(3) Grounds raised:    _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☐

(5) Result: _____

(6) Date of result:_____

(b) As to any second petition, application or motion give the same information:

(1) Name of court_____

(2) Nature of proceeding:_____

_____

(3) Grounds raised:    _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result: _____

(6) Date of result:_____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition,

application or motion?
(1) First petition, etc.      Yes  [ ]      No  [ ]

(2) Second petition, etc.     Yes  [ ]      No  [ ]

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other then those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. the motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure,

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.


A. Ground one: Ineffective Assistance of Counsel, violation of the petitioner's rights under the Sixth Amendment.

(Specific FACTS supporting this ground without citing cases or law): The petitioner's Attorney did not show in the court the day the petitioner was entering the conditional plea. He did send another attorney whom the petitioner never hired to represent him. The petitioner's Attorney, Jeffrey Denner refused to issue the letter in which the conditions of the plea were memorialized notwithstanding the Attorney admitted the existence of

B. Ground two: letter. Instead he drafted a letter with different content. Hence the petitioner could not defend against government breach of the

(Specific FACTS supporting this ground without citing cases or law): conditions.
The government admitted the existence of the conditions but issued a letter with different content. Neither side issued the original. Therefore, the plea contract is breached and the petitioner is entitled to vacate or set aside the verdict.


C. Ground three: The petitioner was not provided the discovery as required by the automatic Discovery law. Specifically the forensic

(Specific FACTS supporting this ground without citing cases or law): analysis which stated unequivocally stated, "There is no linkage between the petitioner and evidence presented to the lab. Had the government not withheld the lab finding, this bogus charge would have been

dismissed.

D. Ground four:   The petitioners Constitutional right to be pROSE
Was violated . The Magistrate Judge proceeded with an attorney he
(Specific FACTS supporting this ground without citing cases or law):   assigned to the defendant
after stated the petitioner emphatically stated in the Court the
attorney does not represent him . The Continuance with an attorney
who is not the petitioner's attorney; is huge violation of the sixth
amendment and was extremely prejudicial to the petitioner . This
Magistrate Judge also denied bail to petitioner based on information
that was proven false notwithstanding the petitioner's spotless criminal record.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were

not so presented, and give your reason for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack.

   Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment

attacked herein:

   (a) at preliminary hearing   ~~John~~ PROSE

   (b) At arraignment and plea        pRosé

   (c) At trial

   (d) At sentencing _____   JEFFREY DENNER

   (e) On appeal           ~~was~~ PROSE

   (f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding_____

16. Were you sentenced on more then one count of an indictment, or on more then one indictment, in the same court and

at the approximately the same time?

Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐    No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence:_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence

to be served in the future?

Yes ☐    No ☐

Wherefore, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

07 - 22 - 05
_____
Date

_____
*Aadvig*
Signature of Movant