UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11420-GAO

ALI HUSSEIN ADDO,
Movant,

v.

UNITED STATES OF AMERICA,
Respondent.

ORDER
March 14, 2006

O'TOOLE, D.J.

    Ali Hussein Addo has moved, pursuant to 28 U.S.C. § 2255, to set aside two sentences: one imposed after his plea of guilty to the indictment and one imposed after revocation of a term of supervised release that had been part of his original sentence. After review, it is clear that his present motion (originally dated June 27, 2005 and filed with the Clerk July 5, 2005, amended by a supplemental filing dated July 22, 2005 and received for filing July 27, 2005) is untimely and must be denied for that reason.

    The movant's original sentence became final, after direct appeal, when his petition for a writ of certiorari was denied by the United States Supreme Court on March 3, 2004. The one-year limitations period established by § 2255 thus expired March 3, 2005, a little more than three months prior to his first filing in this matter. Similarly, the judgment imposed upon the revocation of his

supervised release became final when the time for filing a notice of appeal from that judgment passed without an appeal being taken. That occurred in August 2000, well before the current matter was filed.

Because the present motion is barred in both its aspects by the passing of the statutory limitations period, the motion is denied with prejudice.

It is SO ORDERED.

| | |
|---|---|
| March 14, 2006 | \s\ George A. O'Toole, Jr. |
| DATE | DISTRICT JUDGE |