UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADDO V. USA     CASE# 05-11420-GAO

MOTION TO RE-OPEN THE CASE BECAUSE THE PETITIONER
WAS NOT PROVIDED A COPY OF THE GOVERNMENT RESPONSE AND
THE COURT DECISION WAS MAILED TO THE WRONG ADDRESS
WHICH PREVENTED THE PETITIONER FROM TIMELY APPEALING.

As grounds, therefore, the petitioner states:
1- The petitioner is entitled to be provided a copy of the government's Response motion, therefore, the court decision was partial and erroneous as the Petitioner would have shown had he been provided a copy of the response.
2- The decision of the court was mailed to the wrong address as clearly Reflected in the court record. This prevented the petitioner from timely Appealing the decision.

Wherefore, the petitioner is asking the court to re.open the case And order that the petitioner be provided a copy of the government's Response motion so as to effectively make his case.

RESPECTFULLY SUBMITTED,
ALI ADDO

SIGNATURE: /s/

CERTIFICATION: A copy of this motion was mailed to United states attorney office via first class mail on august, 24, 2006.